| | |
|---|---|
| 1 | Gregory S. Gilchrist (SBN 111536) |
|   | ggilchrist@kilpatricktownsend.com |
| 2 | Gia L. Cincone (SBN 141668) |
|   | gcincone@kilpatricktownsend.com |
| 3 | KILPATRICK TOWNSEND & STOCKTON LLP |
|   | Two Embarcadero Center, 8th Floor |
| 4 | San Francisco, California 94111 |
|   | Telephone: (415) 576-0200 |
| 5 | Facsimile: (415) 576-0300 |

Attorneys for Plaintiff
LEVI STRAUSS & CO.

Lynda J. Zadra-Symes (SBN 156511)
lynda.zadrasymes@knobbe.com
Jeffrey L. Van Hoosear (SBN 147751)
jeff.vanhoosear@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant
MACHINE JEANS, INC.

**GRANTED**
*Judge Susan Illston*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO, | Civil Action No. 4:14-cv-04194 DMR |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT MACHINE JEANS, INC. TO RESPOND TO COMPLAINT (L.R. 6-1(a))** |
| v. | |
| MACHINE JEANS, INC., | Complaint served: September 19, 2014 |
| Defendant. | Current resp. date: October 10, 2014 |
|  | New resp. date: November 10, 2014 |

Stipulation to Extend Time to Respond to the Complaint   Civil Action No. 14-cv-4194 DMR

1  WHEREAS, Plaintiff Levi Strauss & Co. filed the present lawsuit on September 17, 2014;

2  WHEREAS, Defendant Machine Jeans, Inc., ("Machine Jeans") was served the Summons and Complaint in this action on September 19, 2014;

3  WHEREAS, the response to the complaint for Machine Jeans is due October 10, 2014;

4  WHEREAS, Plaintiff Levi Strauss & Co. has agreed to provide Machine Jeans with an extension of time in which to answer or otherwise respond to the Complaint from October 10, 2014 to November 10, 2014;

5  WHEREAS, this extension of time will not alter the date of any event or deadline already fixed by Court Order;

6  WHERAS, this Stipulation is effective without Court Order pursuant to N.D. Cal. Civil L.R. 6-1(a);

IT IS HEREBY STIPULATED AND AGREED by and among counsel for the parties that Machine Jeans' deadline to answer or otherwise respond to Plaintiff's Complaint is extended to November 10, 2014.

KILPATRICK TOWNSEND & STOCKTON LLP

Dated: October 9, 2014     By: /s/ Gia L. Cincone
                               Gia L. Cincone

                               Attorneys for Plaintiff
                               LEVI STRAUSS & CO.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: October 9, 2014     By: /s/ Lynda J. Zadra-Symes
                               Lynda J. Zadra-Symes
                               Jeffrey L. Van Hoosear

                               Attorneys for Defendant
                               MACHINE JEANS, INC.

19060428100714

Stipulation to Extend Time to        -1-        Civil Action No. 14-cv-4194 DMR
Respond to the Complaint